IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MORGAN STANLEY DW, INC.      :           CIVIL ACTION
                                :
                                :
                                :
        v.              :
                                :
BRENDA SCHILLACI, MARK      :
KISTLER, and DANIEL PERROTTI  :          NO. 02-CV-4673


ORDER


    **AND NOW,** this _____ day of July, 2002, the Court having

been informed by counsel for the plaintiff that the above-

captioned action has been rendered moot, it is hereby **ORDERED** and

**DECREED** that this matter is hereby **DISMISSED**.




                        BY THE COURT:


                        _____
                        Mary A. McLaughlin, J.